COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          T&T Engineering Services, Inc. v. Jordan Danks

Appellate case number:        01-21-00139-CV

Trial court case number:      2020-46799

Trial court:                  281st District Court of Harris County

Appellant T&T Engineering Services, Inc. ("T&T") has filed an interlocutory appeal challenging the trial court's denial of T&T's motion to dismiss pursuant to section 150.002 of the Texas Civil Practices and Remedies Code. In any action for damages "arising out of the provision of professional services by a licensed or registered professional," a party seeking such damages "shall be required to file with the complaint an affidavit of a third-party" professional demonstrating that the party's claims have merit. *See* Tex. Civ. Prac. & Rem. Code § 150.002; *see also Pedernal Energy, LLC v. Bruington Eng'g, Ltd.*, 536 S.W.3d 487, 494 (Tex. 2017).

T&T has filed an opposed "Motion to Stay the Trial Court Proceedings Pending Interlocutory Appeal," requesting that we stay the trial court proceedings pending resolution of this appeal. More than ten days have passed since T&T filed its motion, and appellee, Jordan Danks, has not responded to the motion. *See* Tex. R. App. P. 10.3(a).

T&T's motion to stay the trial court proceedings pending resolution of this interlocutory appeal is **granted**. *See* Tex. R. App. P. 29.3 (permitting appellate court to "make any temporary orders necessary to preserve the parties' rights until disposition of the appeal"). All proceedings in the trial court in Cause No. 2020-46799, *Jordan Danks v. T&T Engineering Services, Inc. and TEBJES, Inc. d/b/a Basic Equipment* are **stayed** pending resolution of this appeal or further order of this Court.

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____
☑Acting individually     ☐ Acting for the Court

Date:  __April 13, 2021____